UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

TERI C. MULLINS                                                                                          PLAINTIFF

VS.                                                                          Civil Action No.: 3:05-cv-456 DPJ-JCS

MICHAEL J. ASTRUE, Commissioner of                                                        DEFENDANT
Social Security

## ORDER

This case is before the Court on Plaintiff's objection to the Report and Recommendation of the United States Magistrate Judge entered in this cause on February 7, 2007.  After reviewing the findings in the Report and Recommendation, together with Plaintiff's objection and Defendant's response thereto, and being otherwise duly advised in the premises, the Court finds that based on the applicable standard the Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that Plaintiff's objection to the Report and Recommendation is hereby overruled.

IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge James C. Sumner entered on February 7, 2007 is adopted as the finding of this Court.  Plaintiff's Motion for Judgment on the Pleadings is denied; and Defendant's Motion to Affirm the Decision of the Commissioner is granted.  Further, the decision of the Commissioner of Social Security is affirmed, and this case is dismissed with prejudice.

A separate judgment will be entered as required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 30th day of March, 2007.

                                                  s/ *Daniel P. Jordan III*
                                                UNITED STATES DISTRICT JUDGE