UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

TERI C. MULLINS                                                                                        PLAINTIFF

VS.                                                                     Civil Action No.: 3:05-cv-456 DPJ-JCS

MICHAEL J. ASTRUE, Commissioner of                                                DEFENDANT
Social Security

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of United States Magistrate Judge James C. Sumner entered in this case on February 7, 2007. The Court having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this case should be dismissed. Accordingly,

IT IS ORDERED AND ADJUDGED that the Decision of the Commissioner of Social Security is affirmed and this case is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 30th day of March, 2007.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE